# STATE ex rel. ALICE KENT v. FRANK McDONALD.[1]

April 18, 1913.

Nos. 18,173—(16).

**Case followed.**

Upon the petition of John Murphy, the district court for Hennepin county issued its writ of habeas corpus requiring Frank McDonald, superintendent of the Minneapolis workhouse, to show cause why he retained Alice Kent in custody. The return to the writ showed that the detention was by virtue of a commit-

[1] Reported in 141 N. W. 112.

ment, a copy of which was attached to the return. The matter was heard by Jelley, J., who denied the petition and discharged the writ and ordered that the prisoner be admitted to bail pending appeal to this court. From the order discharging the writ, petitioner appealed. Affirmed, and the prisoner remanded to the custody of the respondent.

*Mead & Bryngelson,* for appellants.

*Daniel Fish,* City Attorney, and *W. G. Compton,* Assistant City Attorney, for respondent.

PER CURIAM.

The questions presented in this case are identical with those presented in State ex rel. Salter v. McDonald, supra, page 207, 141 N. W. 110, and the same result is reached.

The order discharging the writ of habeas corpus is affirmed, and the relator is remanded to the custody of the respondent.